FILED

07/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0495

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0495

STATE OF MONTANA

Plaintiff and Appellee,

v.

TIMOTHY MCNEW,

Defendant and Appellant

## ORDER

Upon consideration of the State's Petition to Permit Student Practice Under the Montana Student Practice Rule, and good cause appearing therefor,

IT IS HEREBY ORDERED that Alizabeth Bronsdon shall be allowed to practice before this Court in our Cause Number DA 19-0495 under, and subject to the restrictions of, the Montana Student Practice Rule.

IT IS FURTHER ORDERED that the Clerk of this Court mail a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 22 2020